UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **IKORONGO TEXAS LLC and** § <br> **IKORONGO TECHNOLOGY LLC,** § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> **LYFT, INC.,** § <br> § <br> Defendant. § | § **Civil Action No. 6:20-cv-00258-ADA** <br> § <br> § **JURY TRIAL DEMANDED** |

## PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF REVISED PROTECTIVE ORDER

Pursuant to the Court's rulings on May 11, 2021 [Doc. 81], and having reached agreement with counsel for Defendants on the revised terms for a Protective Order in this matter in light of those rulings, Plaintiffs Ikorongo Texas LLC and Ikorongo Technology LLC hereby submit the attached proposed revised Protective Order and respectfully request the Court to enter the same. This motion is unopposed by Defendants.

Dated:  May 13, 2021                    Respectfully submitted,

                                        /s/ Karl Rupp
                                        **KARL RUPP**
                                        State Bar No. 24035243
                                        *krupp@nixlaw.com*
                                        **NIX PATTERSON, LLP**
                                        Advancial Building
                                        1845 Woodall Rodgers Freeway, Suite 1050
                                        Dallas, Texas 75201
                                        972.831.1188 - Telephone
                                        972.444.0716 - Facsimile

**BRADLEY BECKWORTH**
State Bar No. 24001710
*bbeckworth@nixlaw.com*
**NICHOLAS WYSS**
State Bar No. 24071459
*nwyss@nixlaw.com*
**NIX PATTERSON, LLP**
3600 N. Capital of Texas Hwy, Bldg. B, Suite 350
Austin, Texas 78746
512.328.5333 - Telephone
512.328.5335 - Facsimile

**DEREK GILLILAND**
State Bar No. 24007239
*derek@soreylaw.com*
**SOREY, GILLILAND & HULL, LLP**
P.O. BOX 4203
109 W. Tyler Street
Longview, Texas 75601
903.212.2822 - Telephone
903.212.2864 - Telephone

**HOWARD WISNIA**
*howard@wisnialaw.com*
**WISNIA PC**
12770 High Bluff Drive, Suite 200
San Diego, California 92130
858.461.0989
howard@wisnialaw.com

*COUNSEL FOR PLAINTIFFS*

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the parties have conferred, and Defendants are unopposed to this motion.

/s/ *Karl Rupp*_____
**KARL RUPP**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2021, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Karl Rupp*
**KARL RUPP**

2