UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKORONGO TEXAS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 21-cv-07420-SI<br>Related Cases: 21-cv-06820 SI; 21-cv-07424 SI; 21-cv-07429 SI<br><br>**ORDER OF RECUSAL; TO BE FILED IN ALL RELATED CASES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge. In addition, in case 21-cv-07420-SI, the Court hereby VACATES the order at Dkt. No. 89, and the question of whether this case should continue to be stayed will be addressed by the new judge after reassignment.

**IT IS SO ORDERED**.

Dated: April 19, 2022

SUSAN ILLSTON
United States District Judge